AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00192 |
| ANTIONNE DE SHAUN BRODNAX | ) | Assigned to: Judge Faruqui, Zia M |
| (AKA: Bugzie The Don) | ) | Assign Date: 2/2/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTIONNE DE SHAUN BRODNAX
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 2/2/2021

*Issuing officer's signature*  2021.02.02 20:45:42 -05'00'

Zia M. Faruqui , U.S. Magistrate Judge
*Printed name and title*

City and state: Washington, D.C.

---

### Return

This warrant was received on (date) 3/11/2021, and the person was arrested on (date) 3/11/2021
at (city and state) Sandston, VA

Date: 3/11/2021

*Arresting officer's signature*

Special Agent Matthew Heise
*Printed name and title*