---------- Forwarded message ---------
From: **Records** <records@records.facebook.com>
Date: Fri, May 7, 2021 at 3:50 PM
Subject: [Facebook Case #6083819]
To: <███████@gmail.com>


Hello,

We have received legal process from law enforcement seeking information about your Instagram account. If we do not receive a copy of documentation that you have filed in court challenging this legal process within ten (10) days, we will respond to the requesting agency with information about the requested Instagram account. We may need to respond to this legal request within less than ten (10) days if we have a reasonable belief that we are legally required to do so. Please respond to this message with a copy of any documents you file with the court. If you would like additional information about the legal process, please let us know as soon as possible.

Thank you,
Law Enforcement Response Team

---
NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email

1

# Mary Maguire

**From:**
**Sent:** Sunday, May 9, 2021 9:01 PM
**To:** Mary Maguire
**Subject:** Fwd: Twitter Receipt of Legal Process
**Attachments:** 04.29.21 SW ▮▮▮▮▮▮▮▮.pdf

---------- Forwarded message ---------
From: **Twitter Legal** <twitter-legal@twitter.com>
Date: Sun, May 9, 2021 at 8:43 PM
Subject: Twitter Receipt of Legal Process
To: <▮▮▮▮▮▮▮▮@gmail.com>

Dear Twitter User:

We are writing to inform you that Twitter has received the attached legal process, dated April 29, 2021, regarding your Twitter account, @BU▮▮▮▮▮▮▮▮. This legal process obligates Twitter to produce information related to your account.

One of our core values is to defend and respect the user's voice. Accordingly, it is our policy to notify users of requests for their account information prior to disclosure unless we're prohibited from doing so. We are notifying you of this legal process in order to allow you to decide whether or not you will oppose the production of the requested information, either by filing a motion with the court where the legal process was issued or contacting the requesting party directly.

Please be advised that Twitter is required to respond to this request by May 16, 2021. If we do not receive notice from you that a motion to quash the legal process will or has been filed, or that this matter has been otherwise resolved, we may produce some or all of the requested information. Please let us know as soon as possible if you intend to file a motion with the court, and send us a copy of what has been filed. If you have resolved the matter with the requesting party, please have them send us confirmation that the legal process is withdrawn.

We cannot give you any legal advice, but suggest that you may wish to seek your own legal counsel in this matter. If you need assistance seeking counsel in the United States, you may consider contacting the Electronic Frontier Foundation (https://www.eff.org/pages/legal-assistance, info@eff.org, +1 415-436-9333) or the ACLU (http://www.aclu.org/affiliates, +1 212-549-2500).

To respond to this notice, please reply directly to this email or email us at tw-legal@twitter.com.

For more general information on legal requests, please refer to the following Help Center article: https://t.co/lrfaq.

Sincerely,

1

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY TWITTER PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATION S OF 18 U.S.C. §§ 111(a)(1), 231(a)(3), 1512(c)(2), and 1752(a)(1) – (4), and 40 U.S.C. § 5104(e)(2) | Case No. 21-SC-1387 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern District of California_____.
*(identify the person or describe the property to be searched and give its location):*

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____May 13, 2021_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____G. Michael Harvey_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4/29/2021

*[Signature]*
G. Michael Harvey
2021.04.29 22:23:25 -04'00'
*Judge's signature*

City and state:   Washington, D.C.

G. Michael Harvey
United States Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Twitter profile with username @bugziethedon that is stored at premises owned, maintained, controlled, or operated by Twitter, a company headquartered in San Francisco, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Twitter**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, including any messages, records, files, logs, or information that have been deleted but are still available to Twitter, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Twitter is required to disclose the following information to the government for each account listed in Attachment A:

    a.    All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

    b.    All past and current usernames, account passwords, and names associated with the account;

    c.    The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

    d.    All IP logs and other documents showing the IP address, date, and time of each login to the account;

    e.    All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

    f.    All "Tweets" and Direct Messages sent, received, "favorited," or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

g. All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, "mentions" or "replies");

h. All photographs and images in the user gallery for the account;

i. For the period January 5 - 7, 2021, all location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

o. All information on the "Who to Follow" list for the account;

p. All privacy and account settings;

q. All records of Twitter searches performed by the account, including all past searches saved by the account;

r. All information about connections between the account and third-party websites and applications;

2

    s.    All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Twitter is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 111(a)(1), 231(a)(3), 1512(c)(2) and 1752(a)(1) – (4), and 40 U.S.C. § 5104(e)(2), involving BRODNAX and others during the period January 5 - 7, 2021, including, for each user ID identified on Attachment A, information pertaining to the following matters:

    a.    Evidence indicating how and when the Twitter account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Twitter account owner;

    b.    Evidence indicating the Twitter account owner's state of mind as it relates to the crime under investigation;

    c.    The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

**III.    Government procedures for warrant execution**

The United States government will conduct a search of the information produced by the PROVIDER and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from the PROVIDER that does not fall within the scope of Section II and will not further review the information absent an order of the Court. Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.