UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:21-cr-00350-PLF |
| | : | |
| **ANTIONNE BRODNAX,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENT TO GOVERNMENT'S CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTIONS TO UNSEAL SEARCH WARRANT AFFIDAVIT AND TO QUASH SEARCH WARRANT**

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby supplements its consolidated opposition (doc. 17) to the defendant's motions to unseal search warrant affidavit and to quash search warrant.

On June 4, 2021, Magistrate Judge G.M. Harvey issued a Memorandum Opinion and Order, in 1:21-sc-1386-GMH and 1:21-sc-1387-GMH, the two search warrant matters that are at issue in the defendant's motions to unseal and quash. The memorandum opinion and order grants the government's motions, filed in those cases, to compel Twitter and Facebook to comply with the respective search warrants and the companies are now required to comply within seven days.[1]

At the arraignment in this matter, held on May 20, 2021, this Court ruled that it would defer ruling on the defendant's motions until after M.J. Harvey has addressed the government's motions to compel in the search warrant cases. Now that M.J. Harvey has ruled, the government urges this Court to deny the defendant's motions.

---

[1] M.J. Harvey's Memorandum Opinion and Order does not reveal any social-media account identifiers and states that it will be made publicly available, notwithstanding that the two search warrant cases are themselves sealed matters. Accordingly, a copy of the Memorandum Opinion and Order is attached to this Supplement as an exhibit.

2

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

        /s/*Michael C. Liebman*
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 4th Street, N.W., Room 9106
        Washington, D.C. 20530
        (202) 252-7243
        (202) 353-9415 (fax)
        michael.liebman@usdoj.gov