UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00350-PLF |
| | : | |
| ANTIONNE BRODNAX, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SECOND SUPPLEMENT TO GOVERNMENT'S CONSOLIDATED OPPOSITION TO DEFENDANT'S MOTIONS TO UNSEAL SEARCH WARRANT AFFIDAVIT AND TO QUASH SEARCH WARRANT**

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby submits this second supplement to its consolidated opposition (doc. 17) to the defendant's motions to unseal search warrant affidavit and to quash search warrant.

As mentioned in the government's initial supplement, on June 4, 2021, Magistrate Judge G.M. Harvey issued a Memorandum Opinion and Order, in 1:21-sc-1386-GMH and 1:21-sc-1387-GMH, the two search warrant matters that are at issue in the defendant's motions to unseal and quash. The memorandum opinion and order granted the government's motions, filed in those cases, to compel Twitter and Facebook to comply with the respective search warrants and the companies were required to comply within seven days. The memorandum opinion and order, which was included as an exhibit to the government's initial supplement, also required the government to serve both companies with a copy of the memorandum opinion and order. The government did so, on June 4, 2021. Both companies have now produced the data to the government required by the respective warrants, and the government has served the defense with both sets of production.

Accordingly, the government submits that the defendant's motion to quash should be dismissed as moot.

In addition, now that the warrants have been executed, the government no longer opposes the defense motion that the government disclose to the defense both search warrant affidavits.

>Respectfully submitted,
>
>CHANNING D. PHILLIPS
>Acting United States Attorney
>D.C. Bar No. 415793
>
>/s/*Michael C. Liebman*
>Michael C. Liebman
>Assistant United States Attorney
>D.C. Bar No. 479562
>555 4th Street, N.W., Room 9106
>Washington, D.C. 20530
>(202) 252-7243
>(202) 353-9415 (fax)
>michael.liebman@usdoj.gov