UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0350 (PLF) |
| | ) | |
| ANTIONNE D. BRODNAX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Before the Court are two motions:  Mr. Brodnax's Motion [Dkt. No. 15] to Quash a Search Warrant in Case 21-SC-1371 and Mr. Broadnax's Motion [Dkt. No. 16] to Unseal Search Warrant Affidavit.  The motions arise out of a dispute concerning search warrants directed at Facebook, Inc. and Twitter, Inc.  The United States initially opposed both motions.  See Government's Consolidated Opposition [Dkt. No. 17].  On June 11, however, the United States notified this Court that the warrants at issue have been executed and that both companies "have now produced the data to the government required by the respective warrants."  See Government's Second Supplement [Dkt. No. 20] at 1.  The motion to quash is therefore moot.  The United States also states that it "no longer opposes the defense motion that the government disclose to the defense both search warrant affidavits."  Id. at 2.  The Court therefore will grant the motion to unseal.  Accordingly, it is hereby

ORDERED that Mr. Brodnax's Motion [Dkt. No. 15] to Quash a Search Warrant in Case 21-SC-1371 is DENIED AS MOOT; it is

FURTHER ORDERED that Mr. Broadnax's Motion [Dkt. No. 16] to Unseal Search Warrant Affidavit is GRANTED; and it is

FURTHER ORDERED that the United States shall promptly disclose to the defense both search warrant affidavits.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 11, 2021