IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:21-CR-00350-PLF |
| | ) | |
| **ANTIONNE D. BRODNAX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Government's Response to Pretrial Services Compliance Report of July l, 2021 (ECF 24)

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby responds to the Pretrial Services Compliance Report of July 1, 2021 (ECF 24).

The government agrees with defendant Brodnax that, due to his generally positive record of compliance with his pretrial release conditions, it is not necessary that additional conditions be imposed after he relocates to the Atlanta, Georgia area, which this Court has permitted him to do.

                                              Respectfully submitted,
                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

by:     /s/*Michael C. Liebman*
           Michael C. Liebman
           Assistant United States Attorney
           D.C. Bar No. 479562
           555 4th Street, N.W., Room 9106
           Washington, D.C. 20530
           (202) 252-7243
           (202) 353-9415 (fax)\
           michael.liebman@usdoj.gov