UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0350 (PLF) |
| | ) | |
| ANTIONNE BRODNAX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

On May 17, 2021, Magistrate Judge Zia M. Faruqui ordered Mr. Brodnax released on personal recognizance, subject to conditions. Order Setting Conditions of Release ("Order") [Dkt. No. 11]. Before the Court is Mr. Brodnax's Unopposed Motion [Dkt. No. 23] to Modify Conditions of Release. Mr. Brodnax requests that this Court allow him to move from Richmond, Virginia to Dallas, Georgia and to modify the travel conditions to require him to notify pretrial services in advance of any travel outside of Georgia. The government does not object to Mr. Brodnax's request. The D.C. Pretrial Services Agency filed a status report requesting that the conditions of release also be modified in a number of other ways. See Pretrial Compliance Report [Dkt. No. 24]. Mr. Brodnax opposes the request, see Response by Antionne De Shaun Brodnax [Dkt. No. 25], and the United States agrees that no further conditions need be imposed on Mr. Brodnax, see Response by United States [Dkt. No. 26].

The Court concludes that courtesy supervision in the Northern District of Georgia is appropriate to ensure Mr. Brodnax's compliance with his conditions of release, and that a condition precluding Mr. Brodnax from using or unlawfully possessing a narcotic drug or other controlled substance is also reasonable. Accordingly, it is hereby

ORDERED that Mr. Brodnax's Unopposed Motion [Dkt. No. 23] to Modify Conditions of Release is GRANTED; it is

FURTHER ORDERED that Mr. Brodnax shall be permitted to relocate to and reside in Dallas, Georgia; it is

FURTHER ORDERED that subparts (7)(a), (7)(f), and (7)(s) of the Release Order dated March 17, 2021 are VACATED; it is

FURTHER ORDERED that subpart (7)(a) of the Order is amended to read as follows: "submit to supervision by and report for supervision to the U.S. Probation Office for the Northern District of Georgia in person at Georgia Northern Probation Office – Atlanta, GA, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, Atlanta, GA 30303, within 72 hours of arrival in Georgia, and thereafter report by telephone as directed by the Probation Office, telephone number (404) 215-1950."; it is

FURTHER ORDERED that subpart (7)(f) of the Order is amended to read as follows: "abide by the following restrictions on personal association, residence, or travel: Notify Probation Office in advance of all travel outside of the Northern District of Georgia. Court to approve all other travel outside of the continental United States."; it is

FURTHER ORDERED that subpart (7)(s) of the Order is amended to read as follows: "Stay out of D.C. except for Court or PSA business or meetings with attorney. Verify new address with the Probation Office for Northern District of Georgia. Do not possess unlawful firearms."; it is

FURTHER ORDERED that Mr. Brodnax is subject to subpart (7)(m) and therefore shall "not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner."; and it is

FURTHER ORDERED that all other conditions set on March 17, 2021 shall remain in full force and effect.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 12, 2021