Defendant's Exhibit 1



January 10th, 2022

To whom it may concern,

Antionne Brodnax is a current employee of Universal Pure, LLC located at 100 H D Williams Industrial Hwy, Villa Rica, GA. He was hired on 11/15/2021 as a Warehouse Team Member. He is an hourly employee ($16.50/hr) and is paid weekly.

If you have any additional questions, please don't hesitate to reach out.

Sincerely,

*Jaclyn O'Malley*

Jaclyn O'Malley
HR Manager
P:
E: