

January 11th, 2022

To whom it may concern,

Antionne Brodnax is a current employee of Universal Pure, LLC located at 100 H D Williams Industrial Hwy, Villa Rica, GA. He was hired on 11/15/2021 as a Warehouse Team Member.

Antionne has been very reliable in that he shows up for work, early, each day. When he is at work, he is on task and frequently asks for additional task to assist the team.

Please do not hesitate to reach out if needed.

Sincerely,

*Janice M Gipson*

Janice M. Gipson

Plant Manager

Universal Pure

███████