Defendant's Exhibit 2

1/6/2022

To Whom It May Concern:

My name is LaTia Williams, and I am writing as a character reference for Antionne Broadnax. We currently work together at Universal Pure in Villa Rica, GA. I have worked at Universal Pure since December of 2014, serving in the capacity of Executive Administrative Assistant, Office Manager, Project Specialist and most recently Dock Customer Service Representative. As you can imagine, throughout 7 years of tenure across these roles I have worked and built professional relationships with individuals from the C-Suite to the sanitation department. Currently, I work with Antionne daily on the shipping and receiving team. Antionne works as one of 3 dock associate and I as one of 3 customer service reps. We work side by side throughout the day exchanging and completing tasks and communicating information to meet our customers' needs. Antionne always willingly does the requested tasks and often goes above and beyond to complete his work. He picks specific orders provided by customer service, loads and unloads trucks and effectively communicates any issues he comes across while completing tasks. He is always polite and doesn't tend to get sucked in with the others when they are being rowdy, horse playing or are off task. Like myself, he focuses on getting the job done and taking the time to get it done correctly the first time, so we don't have to redo our work. He is very welcoming of constructive criticism and expresses himself appropriately when he does not agree with feedback.

I have worked with Antionne few months now and I feel that he is an asset to our team, we are happy to have him. Very recently, one of our superiors commented to me that he was working out very well in the dock associate role and hopes that he will "stick around." We have had a lot of turnover in the department over the last year for different reasons. It is a very difficult job, long fluctuating hours, sometimes it very hard to make plans or have a life outside our job but he is a very hard worker and doesn't seem to mind. I know that there have been a couple times where he's had plans lined up that he had to cancel because of work. He didn't grumble or get upset like many do at the last-minute news. I am not sure of the specific details of why I was asked to write this reference, but I am happy to share and that I can speak positively about his character. If you have any specific questions or need any other details, please do not hesitate to contact me at ███████ or ███████

*LaTia Williams*
LaTia Williams