Defendant's Exhibit 3

Good day,

This letter is to request leanancy during sentencing for my bestfriend and business partner, Antionne "Bugzie the Don" Brodnax.

Antionne has proven to be a great community assest and encourages so many around him to be and do better. The example that he sets for those round him speaks volumes.  He has come so very far from what he used to be and has grown to be an amazing asset to the community through partnered business ventures and just being a source of information for budding artist.  He has dedicated his time to locating raw talent in neighborhoods that would normally be looked over or simply don't have the resources or means to take the next step in their careers. As an active father his presence alone motivates and presumes positivity.  As an entertainer, his form of expression may not be for everyone but is not to be taken literal as there is a message that is conveyed that is opposite of some peoples comprehension. Which he has learned to speak to in interviews and conversations regularly.

Aside from his community attributes, he is also very much loved, adored and a true provider. His family's well-being is and always has been a top priority and to have him stationary for any extended period of time would be harming to the active, hands on life style he has created for his child and other children he has grown to love in his life.

In closing, I sincerely ask you reconsider any decision that may require any jail time or house arrest. I appreciate your time and wish you a prosperous New Year.