| | |
|---|---|
| **From:** | BUGZIE THE DON |
| **To:** | Mary Maguire |
| **Subject:** | Fwd: Court letter |
| **Date:** | Thursday, January 6, 2022 10:51:50 AM |

---------- Forwarded message ---------
**From: Felicia Brodnax** <██████████████com>
Date: Thu, Jan 6, 2022 at 10:48 AM
Subject: Court letter
To: ████████████████████

This letter is to request leniency during the sentencing of my son, Antionne Brodnax, AKA rapper Bugzie The Don. My son Antionne is a very respectful person that cares about everyone. He has had some ups and downs during his life but is an overall great guy. He is doing a great job adjusting to being a hardworking citizen. Antionne has an awesome daughter that he cares for and is helping young upcoming music talents get a start in the entertainment industry to help keep them out of the street. He is very supportive of me with the variety of significant illnesses I have. Antionne has completed several trade learning programs to gain the required skills to be a hardworking man despite his past in the system. In life, everyone knows that everything isn't always what it seems. My son is doing the best that he can to make it in this harsh world by learning, growing, and being a success for himself and others. When speaking to anyone that knows him, they will always have great things to say about him. Antionne is a kind, personable, and loving person. He also helps and supports anyone in business, such as; pop-up shops, back-to-school drives, feeding the unfortunate, and there are many other positive traits that he has. It will be a great hardship if he is taken away from his family again, as we really need him around. His mother, Felicia Brodnax-Hunter, is requesting reconsideration of any jail time or probation of any kind for my son. He has grown and shown the awesome person that he is and is working very hard to be a great citizen in this world. Thanks for reading my letter. Have a great day.

Felicia Brodnax-Hunter