January 5, 2022

Hello,

I am the stepmother of Antionne Brodnax. I am writing to ask the courts to show leniency on my stepson Antionne Brodnax. He is a pillar to his community, an up-and-coming artist. He uses the rap moniker Bugzie The Don. Not only is he an up-and-coming artist, but he also has other young artists that he is helping in the community with their talents. He does back-to-school drives for the unfortunate; he cuts the hair of less fortunate kids in the community during these back-to-school drives. He has acquired his electrical certificate, barbers license, CDL within the last five years. He has a clothing line and encourages others to create an avenue to become an entrepreneur. He has made mistakes in his life, but he is encouraging others, such as his daughter and other kids, to learn from him and make better choices in life. So as his loving family again, I ask the courts to be lenient on Antionne Brodnax and award him with no jail time or house arrest so he can continue his path to encourage others to do the right thing.

Edna Brodnax-Hunter