UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | no. 1:21-cr-00350-PLF |
| : | |
| ANTIONNE D. BRODNAX, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE
SENTENCING MEMORANDUM**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for a second extension of time to file its sentencing memorandum to February 7, 2022.

This Court, on the unopposed motion of the government, recently extended the government's filing deadline from January 13 to January 18, 2022, and continued the sentencing in this case from January 27, 2022 to February 23, 2022.  The sentencing date was extended beyond what the government needed, in light of this Court's availability.

Due in part to miscommunication between the undersigned Assistant U.S. Attorney and his management, and given that sentencing is not to occur until February 23, the government would like until February 7, 2022 to file its sentencing memorandum.  This will allow fuller consideration of the complicated sentencing guidelines issues in this case and help ensure the government's sentencing positions are consistent with its positions in other Capitol riot cases.

A proposed Order is attached.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

by:    /s/*Michael C. Liebman*
        Michael C. Liebman
        D.C. Bar No. 479562
        Assistant United States Attorney
        555 4th Street, N.W., room 9106
        Washington, D.C. 20530
        (202) 252-7243
        (202) 353-9415 (fax)
        michael.liebman@usdoj.gov