**FEDERAL BUREAU OF INVESTIGATION**

Date of entry　　01/20/2021

ANTIONNE DE SHAUN BRODNAX, date of birth ＿＿＿＿＿＿＿＿, social security number ＿＿＿＿＿＿＿, cellular telephone number ＿＿＿＿＿＿, was interviewed at the residence of his ex-girlfriend, ＿＿＿＿＿＿＿＿, located at ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿. Also present for the interview was Task Force Officer ＿＿＿＿＿＿＿. After being advised of the identity of the interviewers and the nature of the interview, BRODNAX provided the following information:

BRODNAX confirmed he was inside the United States Capitol Building (USCB) on January 6, 2021. He was the individual shown in a CNN video clip walking through the USCB.

BRODNAX had travelled to Washington, DC prior to January 6, 2021 to shoot a music video. On January 6, 2021, BRODNAX saw a crowd gathered on the National Mall on television in his hotel room and went over to see if he could network or if anyone would like his music. He watched the rally from the back of the crowd and could only see the speakers on the jumbotrons. After the rally was over, people started walking toward the USCB so he followed the crowd. BRODNAX was not sure why people were going to the USCB but saw signs that he described as crazy. He acknowledged seeing the shirtless individual with the bearskin and horns on the street outside of the USCB but not see him inside the building.

Once at the USCB, BRODNAX entered the USCB after United States Capitol Police (USCP) officers moved the gates that were blocking the doors. BRODNAX did not know which side of the USCB he entered. He described the entrance as orderly. Once inside the USCB, BRODNAX walked around admiring the building's architecture taking a number of pictures and videos. BRODNAX claimed to treat the experience like a school field trip as he had never been to the USCB. He was unsure exactly what rooms he walked through but claimed to not have gone inside any offices or to the chamber floor. After

| Investigation on | 01/15/2021 | at | Richmond, Virginia, United States (In Person) |
|---|---|---|---|

| File # | ＿＿＿-BRODNAX | Date drafted | 01/17/2021 |
|---|---|---|---|

by ＿＿＿＿＿＿＿＿＿＿＿

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

about 40 minutes, BRODNAX started receiving messages on social media from friends who saw him in the USCB from CNN footage. They informed him he was shown in news coverage and questioned him about why he was there. At that point, at approximately 3:00 pm, BRODNAX left the USCB. He noted that while he was inside the USCB he did not break anything or take anything. He did not see anyone cause damage to the USCB and did not witness any violence. He was not with any friends throughout these events.

BRODNAX described himself as non-political. As a convicted felon, he can't vote. He stated he did not support anyone in politics and that no president ever did anything for him.

During his time inside the USCB, BRODNAX did not know he was not supposed to be there. He noted the gates were moved by USCP officers at the entrance of the USCB. Furthermore, BRODNAX had a conversation with a UCP officer (NFI) while inside the USCB. They spoke of the significant number of people in the building. The conversation was cordial and at no time did the officer instruct him to leave the USCB or inform BRODNAX that he was not supposed to be there. He also witnessd USCP officers assisting older people walk down a staircase outside of the USCB due to those individuals having medical problems.

BRODNAX did not give agents consent to take his cellular telephone to download the photos and videos taken at the USCB but agreed to email them to the interviewers. As of the writing of this document, BRODNAX has yet to send any photos or videos.

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/22/2021

On March 11, 2021, pursuant to an authorized arrest warrant issued in the District of Columbia, members of the Federal Bureau of Investigation (FBI) Safe Streets Richmond Area Violent Enterprises Task Force located and arrested Antionne DeShaun Brodnax (BRODNAX), date of birth          , Social Security account number          , at                    .

Present for the operation were FBI Special Agent (SA)         , FBI Task Force Officer (TFO)         , FBI SA         , FBI TFO         , FBI SA         , FBI TFO         , FBI SA         , and FBI SA         .

At approximately 10:20 AM, law enforcement arrived at          ,          , and performed a call-out over a law enforcement vehicle's loudspeaker. Shortly thereafter, BRODNAX exited the house and was placed into custody. A high-risk search was performed on BRODNAX and he was placed in the back of a law enforcement vehicle. At this time, BRODNAX was provided a drink of water. BRODNAX stated he had not yet eaten that day. BRODNAX was offered food multiple times prior to his initial appearance, which he declined.

At the time of his arrest, BRODNAX was wearing flip-flops and sweat pants. BRODNAX's brother, also at the target location, provided law enforcement with a pair of shoes and a t-shirt for BRODNAX. These shoes, and a metal necklace worn by BRODNAX, were passed by the FBI to the U.S. Marshals at the United States Courthouse for the Eastern District of Virginia at the time of Brodnax's initial appearance.

The FBI seized BRODNAX's cell phone, a red iPhone. The back glass of the iPhone was cracked at the time of the seizure. BRODNAX denied consent for

Investigation on   03/11/2021   at                                                    (In Person)

File #   .                        -BRODNAX                        Date drafted   03/12/2021

by   _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

the FBI to search his phone.

After informing BRODNAX of the reason for his arrest, he made the statement "they let us in."

BRODNAX did not have any medications he needed to bring with him at the time of his arrest.

SA        and SA        transported BRODNAX approximately 2.6 miles, from the target location to the parking lot of the Shopper's Value grocery store, located at 50 South Airport Drive, Highland Springs, Virginia. The purpose of this stop was to allow BRODNAX to put on his t-shirt and to have another drink of water.

At approximately 10:46 AM, SA        and SA        departed with BRODNAX from the parking lot of the Shopper's Value grocery store to the United States Courthouse for the Eastern District of Virginia, located at 701 East Broad Street, Richmond, Virginia, at which time the odometer of the transporting vehicle read 97,140 miles.

At approximately 11:06 AM, SA       , SA       , and BRODNAX arrived at the United States District Courthouse, at which time the transporting vehicle's odometer read 97,149 miles.

While at the United States District Courthouse, BRODNAX was processed by the United States Marshal Service. BRODNAX appeared for his initial appearance at 1:00 PM, 03/11/2021.

A copy of the criminal complaint and the arrest warrant for BRODNAX will be attached herein as a 1A.