UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:21-CR-350-PLF |
| ) | |
| ANTIONNE DE SHAUN BRODNAX, ) | |
| *Defendant* ) | |
| ) | |

**Defendant's Unopposed Motion to Modify Conditions of Release**

COMES NOW, Antionne De Shaun Brodnax, by counsel and files his unopposed motion to modify the conditions of release to allow Mr. Brodnax to travel from Georgia to Puerto Rico from March 20, 2022 to March 25, 2022. Mr. Brodnax will provide his itinerary to his supervising pretrial services officer. Mr. Brodnax states the following in support of this request.

1. On March 17, 2021, Mr. Broadnax was released by this Court on a personal recognizance bond with an order setting conditions for his release. At the time those conditions were set Mr. Brodnax was living in the Eastern District of Virginia. (ECF 11).

2. On July 12, 2021, the Court granted a request to modify Mr. Brodnax's conditions of release to allow him to reside in Dallas, Georgia. Later in July 2021, pretrial services confirmed Mr. Brodnax's address in Dallas, Georgia and a home visit of the residence was completed by United States Probation Officer Weiler. (ECF 30).

3. Mr. Brodnax is employed and in compliance with all of the terms of his pretrial release.  Mr. Brodnax is requesting permission from the Court to travel to a wedding in Puerto Rico from March 20, 2022, to March 25, 2022.  Mr. Brodnax would not be leaving United States jurisdiction either en route or during his stay in Puerto Rico. He

1

will provide his itinerary, to include his flights and hotel information to his supervising probation officer in advance of any travel.

4. Counsel has discussed this matter with the Assistant United States Attorney assigned to this matter and he has no objection to this request provided that Mr. Brodnax obtains permission from his Pretrial Services Officer and does not leave United States jurisdiction either en route or during his stay in Puerto Rico.

WHEREFORE, Mr. Brodnax requests this Court grant his unopposed motion to allow him to travel to Puerto Rico from March 20, 2022, to March 25, 2022, and to provide his itinerary pretrial services in advance of any travel, leaving all of the existing conditions set on March 17, 2021, in full force and effect.

                                                      Respectfully Submitted,
                                                      ANTIONNE DE SHAUN BRODNAX
                                                      by:             /s/
                                                               Counsel

Mary E. Maguire
Va. Bar No. 42505
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804)565-0860
(804) 648-5033-fax
Mary_Maguire@fd.org