UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-CR-350-PLF |
| ) | |
| ANTIONNE DE SHAUN BRODNAX, ) | |
| *Defendant* ) | |
| ) | |

**ORDER**

      This matter comes before the Court on the Defendant's Unopposed Motion to Modify Conditions of Release.  Specifically, the defendant request this Court grant his motion to allow him to travel from Georgia to Puerto Rico to attend a wedding from March 20, 2022, to March 25, 2022. The defendant would provide his itinerary to his supervising probation officer in advance of any travel and not leave the jurisdiction of the United States either en route or during his stay in Puerto Rico. The government does not object to this request.

      It is hereby ORDERED that the defendant's conditions of pretrial release be amended to allow him to travel from Georgia to Puerto Rico from March 20, 2022, to March 25, 2022.  He shall provide his itinerary to his supervising probation officer in advance of travel and not leave the jurisdiction of the United States while en route or during his stay in Puerto Rico during this time period.  All other conditions set on March 17, 2021, shall remain in full force and effect.

Date:  March 9, 2022

                                                                              Paul L. Friedman
                                                                              United States District Court Judge