UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | Case No. 1:21-CR-350-PLF |
| ) | |
| ANTIONNE DE SHAUN BRODNAX, ) | |
| *Defendant*    ) | |
| ) | |

**Defendant's Response to Proposed Modification to Conditions of Release**

COMES NOW, Antionne De Shaun Brodnax, by counsel and files his response to the proposed modification to conditions of release.  On March 19, 2022, Mr. Brodnax was arrested in the Northern District of Georgia for driving under the influence, failure to maintain lane, possession of a controlled substance (marijuana) and open container. Mr. Brodnax posted bond and was released on March 22, 2022.  As a result of this arrest pretrial services is requesting that Mr. Brodnax's conditions of release be modified to now include "substance abuse evaluation and treatment if recommended, submit to substance abuse testing, and not use alcohol at all." (ECF 46).  Counsel has discussed the proposed modification with Mr. Brodnax, and he has no objection to the modification.

                         Respectfully Submitted,
                         ANTIONNE DE SHAUN BRODNAX
                         by:          /s/
                                   Counsel

Mary E. Maguire
Va. Bar No. 42505
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804)565-0860
(804) 648-5033-fax
Mary_Maguire@fd.org