UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00350-PLF |
| | : | |
| ANTIONNE BRODNAX, | : | |
| | : | |
| Defendant. | : | |

Government's Response To Pretrial Violation Report

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and to comply with the Court's minute order issued on March 30, 2022, has the following response to the pretrial violation report (ECF no. 46) provided by the Pretrial Services Agency for the District of Columbia (PSA): The government concurs with the recommendation of the defendant's pretrial supervision officer that the defendant's release conditions be modified to require substance abuse evaluation and treatment if recommended, substance abuse testing, and a prohibition on alcohol use.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

by:  /s/*Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
601 D Street, N.W., room 4-1501
Washington, D.C. 20530
(202) 252-7243
(202) 353-9415 (fax)
michael.liebman@usdoj.gov