UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:21-CR-350-PLF |
| ) | |
| ANTIONNE DE SHAUN BRODNAX, ) | |
| *Defendant* ) | |
| ) | |

**Stipulation by the Parties for Sentencing Hearing**

COMES NOW, Antionne De Shaun Brodnax, by counsel and counsel for the United States and files this stipulation for the sentencing hearing scheduled in this matter for July 12, 2022. The parties hereby stipulate and agree that:

1. Defendant Brodnax was first contacted by FBI agents in Richmond, Virginia on January 15, 2021. At that time, he admitted to the agents that he had taken videos on his iphone while he was inside the Capitol on January 6, 2021, and showed one such video to the agents.

2. On March 11, 2021, the defendant was arrested on a criminal complaint in this case and his iphone was seized by the FBI.

3. In April 2021, search warrants were served for the defendant's social media accounts, and the returns included videos apparently recorded by the defendant inside the Capitol on January 6, 2021, but did not include videos that other evidence suggested the defendant had recorded, with his iphone, when he was in the Capitol on that date.

4. In August 2021, federal agents executed a search warrant for the iphone seized from the defendant on March 11, 2021. No videos recorded inside the Capitol were recovered.

1

SO STIPULATED:

_____/s/_____
Mary E. Maguire
Assistant Federal Public Defender
701 E. Broad Street, Ste. 3600
Richmond, VA 23219
(804) 565-0860 - direct
(804) 648-5033 – fax
Mary_Maguire@fd.org

_____/s_____
Michael Liebman
Assistant U.S. Attorney
Patrick Henry Building
601 D St. NW, rm. 4-1501
Washington, D.C.  20530
(202) 252-7243 – direct
Michael.Liebman@usdoj.gov