UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Case No. 1:21-CR-350-PLF |
| ) | |
| ANTIONNE DE SHAUN BRODNAX, ) | |
| *Defendant* ) | |
| ) | |

**Joint Status Report**

COMES NOW, Antionne De Shaun Brodnax, by counsel and Michael Liebman, Assistant United States Attorney and file their Joint Status Report pursuant to this Court's order issued September 6, 2022. (ECF 64). The parties met and conferred and have the following responses to the issues raised by the Court:

1. The parties are not available for sentencing on the dates proposed by the Court. The parties are available for sentencing at any time on October 11, 2022, November 16, 2022, and November 17, 2022.

2. Mr. Brodnax would prefer to be sentenced virtually.

3. Both the parties would like to file supplemental sentencing memoranda and would propose that they be filed simultaneously one week before sentencing.

`
                                            Respectfully Submitted,
                                            ANTIONNE DE SHAUN BRODNAX
                             By:               /s/
                                                Counsel

Mary E. Maguire
Va. Bar No. 42505
Assistant Federal Public Defender
Office of the Federal Public Defender

1

701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804)565-0860
(804) 648-5033-fax
Mary_Maguire@fd.org