# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-350-1 <br> ) Hon. Paul L. Friedman |
| **ANTIONNE DE SHAUN BRODNAX,** | ) <br> ) |
| Defendant. | ) |

## NOTICE OF DEFENDANT'S SUPPLEMENTAL EXHIBIT TO SENTENCING MEMORANDUM

COMES NOW, Antionne De Shaun Brodnax, by counsel, and hereby submits the following supplemental exhibit for the Court's consideration. This exhibit should be considered part of the Defendant's Sentencing Memorandum, ECF No. 67, and is assigned the next sequential number to the exhibits filed at ECF No. 67, Exhibit 4.

Respectfully submitted,
ANTIONNE DE SHAUN BRODNAX

By:  _____/s/_____
Counsel
Mary E. Maguire, Esq.
Assistant Federal Public Defender
Va. Bar #42505
Attorney for Mr. Brodnax
Office of the Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0860 (direct)
(804) 648-5033 (fax)
Mary_Maguire@fd.org