

**From:** BUGZIE THE DON
**Sent:** Wednesday, November 16, 2022 12:00 PM
**To:** Mary Maguire <Mary_Maguire@fd.org>
**Subject:** Raise update

EXTERNAL SENDER

Here's my updated raise….. so I was actually given a raise of $3.16 and only been there about six months…. Nobody at my job has gotten this type of raise in such little time…. Most people only get a few cents…. This also shows my performance in my work environment and also another reason I can't afford to be taken away…. My family and job needs me…. I'm also responsible for training new employees coming into material handling positions

11:53

Close         11/13/2022

**Effective Date**
11/13/2022

**Plan Type**
Hourly

**Compensation Plan**
Hourly Plan

**Assignment**
22.66 USD Hourly

11:50

Close    **Total Salary & Allowances**

**Compensation Basis**

Total Salary & Allowances

**Compensation Basis**

Total Salary & Allowances

**Total**

19.50

**% Increase**

16.21%

**Amount Increase**

3.16

**Total**

22.66

**Currency**

USD

**Frequency**

Hourly