UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-CR-350-PLF |
| | ) | |
| ANTIONNE DE SHAUN BRODNAX, | ) | |
| *Defendant* | ) | |
| | ) | |

**Defendant's Unopposed Motion to Modify Conditions of Release**

COMES NOW, Antionne De Shaun Brodnax, by counsel and files his unopposed motion to modify the conditions of his supervised release to allow Mr. Brodnax to travel from Georgia to Puerto Rico from September 8, 2023 to September 12, 2023. Mr. Brodnax will provide his itinerary to his supervising probation officer. Mr. Brodnax states the following in support of this request.

1. On December 21, 2022, this Court entered a judgment sentencing Mr. Brodnax to five months incarceration followed by 12 months of supervised release. (ECF 72). In relation to travel, the judgment reads:

    > 3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

    *Id*. The Northern District of Georgia, where Mr. Broadnax is being supervised, requires the Court to grant permission to travel if the travel request is outside of the 48 contiguous states of the United States.

2. Mr. Brodnax completed his sentence and began his term of supervised release on May 16, 2023. Mr. Brodnax resides in Dallas, Georgia and is supervised by United States Probation Officer Crystal Stankevich. She has no objection to this request.

3. Mr. Brodnax is employed and in compliance with the terms of his supervised release. Mr. Brodnax is requesting permission from the Court to travel to Puerto Rico from September 8, 2023, to September 12, 2023. Mr. Brodnax would not be leaving United States jurisdiction either en route or during his stay in Puerto Rico. He provided his itinerary, to include his flights and hotel information to his supervising probation officer when he made a formal request to travel and was informed that the Court had to approve his request to travel.

4. Counsel has discussed this matter with the Assistant United States Attorney assigned to this matter and he has no objection to this request.

WHEREFORE, Mr. Brodnax requests this Court grant his unopposed motion to allow him to travel to Puerto Rico from September 8, 2023, to September 12, 2023.

                Respectfully Submitted,
                ANTIONNE DE SHAUN BRODNAX
                by:      /s/
                        Counsel

Mary E. Maguire
Va. Bar No. 42505
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804)565-0860
(804) 648-5033-fax
Mary_Maguire@fd.org