UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 21-cr-0350 (PLF) |
| ) | |
| ANTIONNE DESHAUN BRODNAX, ) | |
| ) | |
| Defendant. ) | |

ORDER

On December 19, 2022, this Court sentenced Antionne Brodnax to five months of incarceration, followed by twelve months of supervised release, in relation to his conduct at the United States Capitol on January 6, 2021. Judgment [Dkt. No. 72] at 2-4. On May 19, 2023, Mr. Brodnax completed his term of incarceration and commenced his term of supervised release. Government's Opposition to Defendant's Motion for Early Termination of Supervised Release ("Gov't Opp.") [Dkt. No. 80] at 2. Mr. Brodnax has successfully completed nearly ten months of supervised release. See id.

Before the Court is Mr. Brodnax's Motion for Early Termination of Supervised Release [Dkt. No. 79]. Mr. Brodnax argues that continued supervision is burdensome and unnecessary in light of his successful transition into the community. Id. But as the government points out in response, the Court lacks authority to grant Mr. Brodnax the relief he seeks at this time. See Gov't Opp. at 4. The statute governing supervised release allows the Court to "terminate a term of supervised release" only "after the expiration of one year of supervised release." 18 U.S.C. § 3583(e)(1) (emphasis added); see United States v. Johnson, 529 U.S. 53, 60 (2000) ("[H]aving completed one year of supervised release, [the defendant] may also

seek relief under § 3583(e)(1)."). Mr. Brodnax has served only approximately ten months of his term, not the statutorily required one year.

Mr. Brodnax's motion is therefore premature. After one year of supervised release, he may reassert his arguments about the merits of ending his supervised release early. The Court notes, however, that Mr. Brodnax's term of supervised release is already scheduled to end after one year. If he continues to comply with his release conditions, no further motion will be necessary.

For these reasons, it is hereby

ORDERED that the Defendant's Motion for Early Termination of Supervised Release [Dkt. No. 79] is DENIED without prejudice.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 3/12/24